UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IRA SHINES, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION FILE |
| ) | NO.  5:14-CV-273-CAR |
| v. ) | |
| ) | |
| TRACTOR SUPPLY COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF REMOVAL**

COMES NOW Tractor Supply Company, Defendant in the above-styled action, and pursuant to 28 U.S.C. § 1446 hereby removes the action now pending in the State Court of Bibb County, State of Georgia Case No. 83073, styled IRA SHINES, Plaintiff, v. TRACTOR SUPPLY COMPANY, Defendant, wherein Plaintiff demands judgment against Defendant, and respectfully shows unto this Honorable Court as follows.

1. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1332.

2. This is a civil action regarding Plaintiff Ira Shines' claims of negligence against the Defendant. Based upon the allegations within Plaintiff's Complaint, Tractor Supply Company in good faith avers that Plaintiff is seeking to recover damages in excess of $75,000.00, plus interest, costs and attorney's fees.

3. At all times material to this action, Plaintiff Ira Shines was a citizen of the state of Georgia.

4. At all times material to this action, Defendant Tractor Supply Company, was a Delaware corporation, having its principal place of business in Brentwood, Tennessee.

5. Because the named Defendant, Tractor Supply Company, is a foreign corporation, complete diversity of citizenship exists and, accordingly, this cause is properly removable pursuant to 28 U.S.C. § 1332.

6. This action was commenced in the State Court in and for Bibb County, Georgia. Tractor Supply Company initially learned of Plaintiff's Complaint, said pleading specifically naming it as a Defendant for the first time, on or about June 19, 2014, following service of process on Defendant Tractor Supply Company.

7. Defendant Tractor Supply Company consents to the removal of this action. The Affidavit of counsel, Brantley C. Rowlen, Esq., is submitted as **Exhibit 'A'** in support of this Notice of Removal.

8. Copies of all process, pleadings and orders served upon Tractor Supply Company and such other papers that are attachments as required by 28 U.S.C. § 446 and local court rules, are filed herein. (See composite **Exhibit 'B'**).

9. Pursuant to 28 U.S.C. §1446(d), Tractor Supply Company has provided written notice to all adverse parties and has filed a copy of this Notice of Removal

with the Clerk of the State Court in and for Bibb County, Georgia.  (A copy of the Notice of Filing Notice of Removal to opposing counsel is attached hereto as **Exhibit 'C'**; a copy of the Certification of Notice of Removal is attached hereto as **Exhibit 'D'**).

WHEREFORE, Defendant Tractor Supply Company, respectfully submits this matter to this Court's jurisdiction.

This 21st day of July, 2014.

                                                                           LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                                                           /s/Brantley C. Rowlen
                                                                           Brantley C. Rowlen
                                                                           Georgia Bar No. 153031

1180 Peachtree Street, N.E.
Suite 2900                                                 Attorney for Defendant
Atlanta, Georgia 30309
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
Brantley.Rowlen@lewisbrisbois.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the within and foregoing **Notice of Removal** by sending a copy via the United States Postal Service to counsel for Plaintiff, addressed as follows:

>Mr. James E. Lee II
>Mr. Michael W. Barber
>JAMES E. LEE II, P.C.
>870 College Street
>P. O. Box 6294
>Macon, Georgia  31208-6294

This 21st day of July, 2014.

/s/Brantley C. Rowlen
Brantley C. Rowlen
Georgia Bar No. 153031

LEWIS BRISBOIS BISGAARD & SMITH, LLP
1180 Peachtree Street, N.E.          Attorney for Defendant
Suite 2900
Atlanta, Georgia 30309
404.348.8585 (Telephone)
404.467.8845 (Facsimile)
Brantley.Rowlen@lewisbrisbois.com